UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:                                          Chapter 7
William M. Gomillion                     Case No.
Shirika S. Gomillion
62 Marisco Way
Jacksonville, FL 32220

     Debtor(s).
_____/

DECLARATION UNDER PENALTY OF PERJURY FOR ELECTRONIC FILING

     The undersigned, William M. Gomillion and Shirika S. Gomillion, declares under penalty of perjury that:

     1.   I have signed the original(s) of the document(s) identified below under penalty of perjury ("Verified Document(s)").

     2.   The information contained in the Verified Document(s) is true and correct to the best of my knowledge and belief.

     3.   I understand that the Verified Document(s) are to be filed in electronic form with the United States Bankruptcy Court in connection with the above captioned case.

_____          _____
Signature of Debtor              Signature of Joint Debtor
or other declarant

Verified Document(s):

| Description | Date Executed | Date Filed |
|---|---|---|
| St. of Current Monthly Income and Means Test Calculation (Form B22A) | 03/17/2011 | 3/18/2011 |
| Verification of Matrix | 03/17/2011 | 3/18/2011 |
| Voluntary Petition | 03/17/2011 | 3/18/2011 |
| Declaration of Schedules | 03/17/2011 | 3/18/2011 |
| Statement of Financial Affairs | 03/17/2011 | 3/18/2011 |
| Debtor(s) Statement of Intention | 03/17/2011 | 3/18/2011 |
| Exhibit D - Indiv. Debtor's Statement of Compliance w/ Credit Counseling Req. | 03/17/2011 | 3/18/2011 |