## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

IN RE:

William M Gomillion
and Shirika S Gomillion

Debtor(s),　　　　　　　　　　　　　　CASE NO.: 11-01903-PMG
　　　　　　　　　　　　　　　　　　　　CHAPTER:  7

_____/

## REQUEST FOR NOTICE
## AND REQUEST TO BE ADDED TO CREDITOR'S MATRIX

TO: THE HONORABLE BANKRUPTCY CLERK

COMES NOW, BANK OF AMERICA, N.A., its Successors and/or Assigns, a Creditor in the instant case, by virtue of that certain loan more specifically identified as loan number ******3982 and related to the property described as 62 Marisco Way, and files this Request for Notice AND Request to be Added to Creditor's Matrix.  The Creditor requests that any and all notices required under the Bankruptcy Rules, Bankruptcy Code, and Local Rules be sent to

Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida  33622-5018
(813)  251-4766

The undersigned counsel's filing of this Request for Notice and Request to be Added to Creditor's Matrix should not be construed as unlimited representation of the Creditor with respect to any and all matters, proceedings, or actions that may be taken in the instant case or any associated case or proceeding involving the above named Creditor.

Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida  33622-5018
(813)  251-4766 Ext: 3723
Fax: 813-251-1541
Email: bkatt@defaultlawfl.com

By:__/s/  Rubina K. Shaldjian
Rubina K. Shaldjian
Florida Bar No. 64466
ATTORNEY FOR BANK OF AMERICA, N.A.