Certificate Number: 15111-FLM-DE-014635005

Bankruptcy Case Number: 11-01903



15111-FLM-DE-014635005

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 25, 2011</u>, at <u>1:07</u> o'clock <u>AM EDT</u>, <u>Shirika Gomillion</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Florida</u>.

Date:   April 25, 2011              By:   /s/Keith Bukowski

                                    Name: Keith Bukowski

                                    Title: Teacher