United States Bankruptcy Court
Middle District of Florida

In re:                                                          Case No. 11-01903-PMG
William M Gomillion                                             Chapter 7
Shirika S Gomillion
        Debtors

## CERTIFICATE OF NOTICE

District/off: 113A-3          User: smelissa          Page 1 of 1          Date Rcvd: Jul 07, 2011
                             Form ID: 3600           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 09, 2011.
db/jdb      +William M Gomillion,    Shirika S Gomillion,    62 Marisco Way,    Jacksonville, FL 32220-4602

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 09, 2011**                    **Signature:**

[3600] [O/ Approving Trustee's Report of No Dist & Closing Estate]

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:                                                  Case No. 3:11−bk−01903−PMG
                                                        Chapter 7

William M Gomillion
aka William Maurice Gomillion

Shirika S Gomillion
aka Shirika Shamese Gomillion

_____Debtor(s)_____/

### ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION AND CLOSING ESTATE

It appearing to the Court that the Trustee has filed his/her report of no distribution and that said Trustee has performed all other duties required in the administration of this estate;

IT IS ORDERED that the report is approved and that the estate is closed. The Trustee is discharged from and relieved of his/her trust; and the bond of the Trustee is canceled and the surety or sureties thereon are released from further liability thereunder, except any liability which may have accrued during the time such bond was in effect.

Dated July 7, 2011.

_____
Paul M. Glenn
Chief United States Bankruptcy Judge

Copies furnished to:
Debtor(s)
Debtor(s)' Attorney
Trustee
United States Trustee